Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO P. SMITH,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. CV19-0696RSL<br><br>~~(PROPOSED)~~ ORDER STAYING DEADLINE FOR THE GOVERNMENT TO RESPOND TO THE PETITION |

THE COURT, having reviewed the Government's Motion to Stay, hereby ORDERS that the Government's deadline to respond to the petition is stayed until 14 days from the date that a decision is rendered in *United States v. McAdory*, 18-30112.

DATED this __10__ day of ~~May~~ June, 2019.

_____
HON. ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assisted United States Attorney

ORDER STAYING - 1
SMITH v. USA/CV19-0696RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970